IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

Steven Byrdsong # 194947

Full name and prison number of plaintiff(s)

v.

Jefferson S. Dunn
C. Cargill, Sgt. Marvin, et. al.

Name of person(s) who violated your constitutional rights. (List the names of all the persons.)

CIVIL ACTION NO. 2:20-cv-301-ECM
(To be supplied by Clerk of U.S. District Court)

RECEIVED
2020 MAY -5 A 11: 03
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

I. PREVIOUS LAWSUITS

A. Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? YES ( ) NO ( )

B. Have you begun other lawsuits in state or federal court relating to your imprisonment? YES ( ) NO ( )

C. If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to this previous lawsuit:

Plaintiff(s) NONE

Defendant(s) ______

2. Court (if federal court, name the district; if state court, name the county) ______

3. Docket number ______

4. Name of judge to whom case was assigned ______

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) ______

6. Approximate date of filing lawsuit ______

7. Approximate date of disposition ______

II. PLACE OF PRESENT CONFINEMENT Hamilton Aged & Infirmed Facility

223 Sasser Drive, Hamilton, Alabama 35570

PLACE OF INSTITUTION WHERE INCIDENT OCCURRED ______

Kilby Corr. Facility, P.O. Box 150, Mt. Meigs, Alabama 36057

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| | NAME | ADDRESS |
|---|---|---|
| 1. | Jefferson S. Dunn | 301 South Ripley Street, Montgomery Alabama 36104 |
| 2. | Sgt. Marvin, | P. O. Box 150, Mt. Meigs, Alabama 36057 |
| 3. | C. Cargill, P.O. Box 150, Mt. Meigs, Alabama 36057 | |
| 4. | | |
| 5. | | |
| 6. | | |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED ______

January 3, 2020

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: See attachment

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

See Attachment

GROUND TWO:

SUPPORTING FACTS:

GROUND THREE:

SUPPORTING FACTS:

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

Plaintiff seeks compensatory damages in the amount of 5, 000.00 against each defendant, and punitive damages in the amount of 25,000.00, plaintiff seek nomial damage in the amount of 1.00

Steven Byrdsong
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on April 28, 2020.
(Date)

Steven Byrdsong
Signature of plaintiff(s)

*Steven Byrdsong # 194947*
*Alabama Department Of Corrections*
*Hamilton Aged & Infirmed Facility*
*223 Sasser Drive*
*Hamilton, Alabama 35570*

"This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communications."

***U.S. District Court, Middle District of Alabama***
***Office of the Clerk***
***One Church Street***
***Montgomery Alabama 36101***