IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

Steven Byrdsong # 194947
Plaintiff

Vs.

Civil Action No: 2:20-CV- 301-ECM-SRW

[Supplied by clerk]

Alabama Dept. of Corrections
Commissioner: Jefferson Dunn,
C. Cargill, Sgt. Marvin, & John Doe's et. al.
Defendant's

### I. JURISDICTION

This is a civil action authorized by 42 U.S.C. 1983 to redress the deprivation, under color of state law, of rights secure by the Constitution of the United States. This Court has jurisdiction under 28 U.S.C. 1331 and 1343 (a) (3). Plaintiff Byrdsong seeks declaratory judgement pursuant to 28 U.S.C. 2201 & 2202. Byrdsong claims for injunctive relief authorized by 28 U.S.C. 2283 & 2284 and pursuant to Rule 65 Federal Rules of Civil Procedure.

The Middle District of Alabama is the appropriate jurisdiction under 28 U.S.C. 1391 (b)(2) because it is where the events giving to this claim occured.

### II. PLAINTIFF

Plaintiff Steven Byrdsong, is and was at all times mentioned herein a prisoner of the State of Alabama currently in the custody of Alabama Department of Corrections. Plaintiff is currently confined at the Hamilton Aged & Infirmed Facility in Hamilton, Alabama.

### III. DEFENDANTS

Defendant Jefferson Dunn is the Commissioner of Alabama Department of Corrections, located at 301 South Ripley Street, Montgomery Alabama 36104. He is legally responsibile for the operation of Alabama Department of Corrections and for the welfare of All it's employees.

Defendant C. Cargill is the Warden III at Kilby Correctional Facility located at P.O. Box 150, Mt. Meigs, Alabama 36057. She is Legal responsible for All officers and inmates at the Kilby Correctional Facility.

Defendant Sgt. Marvin is second shift supervisor and is second in command at Kilby Correctional Facility, located at .P.O. Box 150, Mt. Meigs, Alabama 36057.

1



Each defendant is sued individually and in his official capacity, at all times mention in this complaint each defendant acted under color of state law.

## IV. FACTS

I. Plaintiff Steven Byrdsong is an inmate currently confined in Alabama Department of Corrections.

II. On January 3, 2020 around or about 10:00pm-11:00pm inmate Allen Whitmore was high on some type of drugs and he was beating his head on the floor of "A" dorm where we was housed.

III. Inmate Whitmore jump up from the floor and ran out the door to the cubicle area and several officers ran into the doorway and pulled inmate Whitmore out of the dorm.

IV. Several Officers and shift supervisors with Whitmore ran into the dorm and told everyone to face down and they begin hitting everyone with their fists while facing down on the beds.

V. Plaintiff was in the hall area being Question by Sgt. Daniels third shift supervisor due to the fact second shift had ended. Sgt. Daniels ask plaintiff did he assault inmate Whitmore plaintiff stated he did not. Plaintiff was release back to his dorm by Sgt. Daniel.

VI. As I was heading back to my dorm I saw Sgt. Marvin who stated to me he will make sure I go down for this assault. I went back to my dorm and got in the bed and went to sleep.

VII. On January 4, 2020 about 4:00am I was woke up by several officers who told me to pack all my property because I was going to the segregation unit.

VIII. On January 4, 2020 Sgt. Marvin second shift supervisor at kilby Corr. Facility, approach my cell at 2:00pm and informed me, that he would make sure I plaintiff go down for the assault. Plaintiff then stated you trying to get me for something I "did not" do let me tell you what an assault is, assault is when you and your officers came in and starting punching folks for no reason, and you would have continue to punch us until I stated I would called I &I division.

IX. Sgt. Marvin then punch me hard in my face several times and I plaintiff was passed out unconscious.

X. I woke up didn't remember the time but it was late in the evening and got up from the floor, the left side of my face was completely swollen, and my left eye was swollen shut. Sgt. Marvin had punch me and knocked me out and lock me up in a cell and left me for dead.

XI. I hollared for every officer that came by and at this point I was still foggy and light headed but no officer paid me no attention, and none of them would stop to help me at all.

XII. On Sunday January 5, 2020 I got Co.1 Officer scott to finally listen to me, who then told Co.1 Mrs. Douglas who was in charge of that area at the time, Officer Douglas said she would talk with a nurse but I never heard anything elese at all.

XIII. On January 5, 2020 @ 2:00pm Officer Douglas informed L. Harris that I plaintiff needed a body chart A.S.A.P. L. Harris look at me and walked off.

XIV. About 2:15pm Officer L. Harris notified Lt. Knowlton that I needed a body chart and he ask to look at my eye.

XV. About 3:00pm Officer L. Harris escorted me to the infirminary unit to get a body chart, the unknown nurse told me that the official will not allow her to take pictures of my face, while I

2

was in the infirmary, I sneaked away from the officer and made a call to my family and I informed them I had been jumped on by officers and ask them to called I & I division.

XVI. At 4:30pm my family got a hold of someone apparently because Sgt. Lewis brought me some excessive use of force papers where I had to write a statement and he took pictures at this point.

XVII. I continue to complain the rest of the day I was in pain and are in need of pain medication and a x-ray, because I knew my face was fractured because they decline to let me see a nurse or a doctor at this point.

XVIII. On January 6, 2020 @8:10am I plaintiff attempted to talk with Lt. Knowlton about making a phone call, he told me to get the fuck away from the door.

XIX. About 8:11am I saw a nurse coming by and I inform her I was in extreme pain and need a x-ray on my face she did not respond and kept walking.

XX. I saw another nurse name Mrs. Ross a few mintinues later who informed me they was going to x-ray my face on this day, and she stated it is still very swollen, however no one showed up to x-ray my face at this point.

XXI. At 10:30am a psychology came to my cell door and ask if I had any mental health issues, I inform her that the ony issue I have is my face that was bruise and was in pain that no one seems not to care about, the psychology who was a short white female, I also inform her that no one cares about officers beating inmates for no reason.

XXII. Lt. Knowlton came to my door at this point and told me not to say anything else about another phone call or the infirmary period or he was going to whoop my ass.

XXIII. At 2:00pm it was shift change and no one still have not arrived to my cell to take me to the infirmary to have my face x-ray and at this point I still have not seen a doctor for my face and the pain I was in.

XXIV. After 2:00pm the I &I investigator came to see me and informed me there was nothing they could do to help me, they did not see a picture or nothing at this point, I informed them I wanted to press charges and they told me I could not do this at all at this point I realize I could get kill in prison and there is nothing no one can do at all.

XXV. Abou 5:00pm I woke up my face was very sore and I informed Mr. Eldrige I needed to go to the infirmary, he stated he will get back with me and never did.

XXVI. At 9:00pm I am still suffering from sever pain and no one has is getting me medical attention, the officers has refuse me medical attention at this point.

XXVII. January 7, 2020@8:05am the short whit nurse came to my cell and ask did I received and x-ray yesterday, I informed her I did not and I have not rceived anything for pain either, I have suffer since Saturday in pain I only received pain meds once and it was the day I received the body chart.

XXVIII. At 8:25am I saw the captain and told her that the officers and nurse has not given me an x-ray or anything for pain they was hiding me out. The captain left and sent a sick call back to me to filled out.

XXIX. On January 7, 2020@ 9:15am A black man and a black lady mental health came to my cell door and ask was I ok. I informed them I was not and I explain a little what I was going through and they lady stated when the power come back on she would send for me.

XXX. At 10:00 Lt. Knowlton told me to pack up all my property because I kept stoping officials trying to get some help, they moved me to a regular segregation unit where I could not see anyone at all.

XXXI. At 9:00 I have not seen anyone since they moved me there have not even been a security

check at this point.

XXXII. At 9:30 the female warden came in and did a walk through and she refuse to stop and talk with me at this point I was still in sever pain in my face.

XXXIII. At 10:40 I talk with the chaplain and a nurse on the seg board and they informed me I suppose be getting an x-ray.

XXXIV. On Wednesday January 8, 2020 they took me to get an x-ray.

XXXV. January 9, 2020 at 2:00pm I was transfer and arrive at Hamilton Aged & Infirmed Facility after seeing the medical unit I was transfered to a hosptial in Hamilton for an x-ray and the x-ray came back negative.

## V. LEGAL CLAIMS

Plaintiff reallege and incorporate by reference paragraph 1-35

Defendant Sgt. Marvin use excessive force against plaintiff Byrdsong by punching him in the face knocking him unconscious and leaving him for dead inside his cell and Byrdsong was not violating any rules or regulation at this time and was not acting disruptively. Defendants John Does violate plaintiff rights under the 8th amendment to the U.S. Constitution and cause plaintiff to suffer pain and physical injury and emotional distress.

Defendant Jefferson Dunn violated plaintiff 14th amendment rights by declineing to act as to the allegation made by plaintiff against ADOC Officials.

Defendant C. Cargill violated plaintiff right because she was the Warden at the time and failed to act as to the allegation made against Sgt. Marvin and the official within her institution.

Defendants threaten plaintiff on several occasions with physical violence for excercising his rights, under the first amendment to the U.S. Constitution. The illegal acts are causing plaintiff injury to his rights under the first amendment to the u. s. constitution.

Plaintiff has been and will continue to be irreparably injury by the conduct of the defendants unless this Honorable Court grants the declaratory judgment & Injunctive relief that Byrdsong seeks.

## RELIEF

Plaintiff respectfully ask this court enter judgement;
Granting Plaintiff compensatory damages in the amount of 5, 000.00 against each defendant. Punitive damages in the amount of 25,000.00 dollars and Nomial damage in the amount of $1.00

A preliminary & permanent injunction ordering defendants to cease there violence and threats against the plaintiff.

Plaintiff seeks jury trial, plaintiff seeks recover and cost in this matter and any other

4

relief the court deem appropriate.


Pursuant to 28 USC 1746, I verify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Respectfully Submitted this 28 day of April 2020.

_Steven Byrdsong_
Plaintiff, pro-se