IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| STEVEN BYRDSONG,<br>REG. NO. 02614-122, | ) |
| | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACT. NO. 2:20-cv-301-ECM |
| | ) |
| SGT. MARVIN, | ) |
| | ) |
| Defendant. | ) |

**O R D E R**

The Court has been notified that a settlement has been reached in this case. Accordingly, it is

ORDERED that this case is DISMISSED with prejudice. Any party may, for good cause shown, reopen this action within sixty (60) days from the date of this Order. Costs are taxed as paid. It is further

ORDERED that all deadlines and hearings are TERMINATED, and all pending motions are DENIED as moot.

DONE this 27th day of February, 2024.

          /s/ Emily C. Marks
EMILY C. MARKS
CHIEF UNITED STATES DISTRICT JUDGE